UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CATHERINE BAKER
Petitioner

    V.                                                      Civil No. 3:05 cv 944 (PCD)

WILLIAM WILLINGHAM, WARDEN,
FEDERAL BUREAU OF PRISONS
Respondent.

**JUDGMENT**

This cause came on for consideration before the Honorable Peter C. Dorsey, Senior, United States District Judge, on the petitioner's application for a writ of habeas corpus and Respondent's motion to dismiss.

On September 21, 2006, the Court issued a Ruling denying the petition for a writ of habeas corpus and denying as moot the motion to dismiss.

Therefore, it is hereby ORDERED and ADJUDGED that a writ of habeas corpus is denied and the case is closed.

Dated at New Haven, Connecticut, this 22nd day of September, 2006.

                                                          KEVIN F. ROWE, CLERK
                                                          By
                                                          /s/

                                                          Patricia A. Villano
                                                          Deputy Clerk

EOD: _____